■ FRANCOISE HAHN v. CLAUDE HAHN.— Motion to withdraw appeal granted and the appeal taken by defendant-appellant from the order entered on September 27, 1962 is withdrawn. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ SHELDON POST et al. v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION.— Motion for a stay denied. Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ LOIS LIPSHIE v. LESTER A. LAZARUS.— Motion for an extension of time denied. Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ In the Matter of LEONARD WALLACH, Petitioner, v. COURT OF SPECIAL SESSIONS OF THE CITY OF NEW YORK et al.— Motion to dismiss appeal granted. Motion for leave to appeal as a poor person denied as academic in view of the dismissal of the appeal. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ ASSOCIATION FOR THE PRESERVATION OF FREEDOM OF CHOICE, INC., et al., v. NEW YORK POST CORPORATION.— Motion to dispense with printing denied. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ LAURETTA GOLDFARB et al. v. EDITH R. KEPES et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ In the Matter of GEORGE P. CHILADAKIS, Deceased. MARY LIAPAKIS, Appellant; INDEPENDENT CREDIT CO., Respondent.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ EDWARD B. AUSTIN, on Behalf of Himself and All Other Former Stockholders of Thos. Leeming & Co., Inc., v. LEEMING MILES CO., LTD., et al.— Motion for consolidation granted only insofar as to allow appellants to have the appeals heard in one appeal book, without duplication of printing, and upon one set of appellants' points. In all other respects the motion is denied. Motion to dismiss appeal denied with leave to renew on the argument of the appeal. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. SIMON HARTZOG. (B) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM WOOD. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ. (C) SAMUEL NEWMAN v. NEW YORK CITY TRANSIT AUTHORITY et al. (Two Actions.) (D) DOROTHY GBUR et al. v. CITY OF NEW YORK et al. (Two Actions.) Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.— [In each action] Motion to dismiss appeal granted.

■ JOHN O. GAINES v. FRISBEE J. FULLER.— Motion to dismiss appeal granted, with $10 costs, unless the appellant perfects the appeal for the first Non-Enumerated Calendar of the January 1963 Term of this court. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.